| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Benitez, Roger T. | 2. Court or Organization<br><br>U. S. District Court, Southern District of California | 3. Date of Report<br><br>05/06/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>940 Front Street<br>San Diego, California 92101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Power of Attorney | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY -7 A 11:15 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 04/23/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | California State Teachers Retirement |
| 2. | |
| 3. | |
| 4 | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2. | | | | | |
| 3 | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 04/23/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts )*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 04/23/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Parcel 2 El Centro, Ca (98,026) | D | Rent | L | S | | | | | |
| 2. Parcel 3 El Centro, Ca (106,694) | D | Rent | M | S | | | | | |
| 3. Parcel 4 Salton City, Ca (2,508) | | None | J | S | | | | | |
| 4. Northern Life Annuity/ING | B | Interest | K | T | | | | | |
| 5. General Electric-common stock | A | Dividend | J | T | Buy (add'l) | 11/06/09 | J | | |
| 6. Mirant Corp-common stock | | None | J | T | | | | | |
| 7. Proctor & Gamble-common stock | A | Dividend | J | T | Buy (add'l) | 11/05/09 | J | | |
| 8. Ei Dupont-common stock | A | Dividend | J | T | Buy (add'l) | 8/03/09 | J | | |
| 9. Bank of America-common stock | A | Dividend | | | Sold | 03/03/09 | J | A | |
| 10 Walmart Stores, Inc.- common stock | A | Dividend | J | T | | | | | |
| 11. Pitney Bowes, Inc.-common stock | A | Dividend | J | T | | | | | |
| 12 Ford Motor Company-common stock | | None | | | Sold | 8/26/09 | J | B | |
| 13 Chevron Corp.-common stock | A | Dividend | J | T | | | | | |
| 14. Berkshire Hathaway B-common stock | | None | K | T | | | | | |
| 15. Sirius Satellite Radio-common stock | | None | | | Sold | 04/16/09 | J | | |
| 16. Citadel Broadcasting-common stock | | None | | | Sold | 04/16/09 | J | A | |
| 17. Alcoa Inc.-common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C - $2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K -$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N -$250,001 - $500,000 | O -$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q -Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 04/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Amerigas Partners LP Unit-limited partnership interest | A | Dividend | J | T | | | | | |
| 19. EMC corp-common stock | | None | | | Sold | 04/16/09 | J | A | |
| 20. Progress Energy, Inc. -common stock | A | Dividend | J | T | | | | | |
| 21. Spectra Energy Corp-common stock | A | Dividend | J | T | | | | | |
| 22. Wells Fargo Bank-common stock | | None | J | T | Buy (add'l) | 08/03/09 | J | | |
| 23. ------- AEE/Common Stock | A | Dividend | J | T | | | | | |
| 24. Boeing Corporation common stock | A | Dividend | J | T | | | | | |
| 25. Costco common stock | A | Dividend | J | T | | | | | |
| 26. Diana Shipping DSX-common stock | | None | J | T | | | | | |
| 27. JP Morgan Chase preferred stock | A | Dividend | J | T | | | | | |
| 28. Smith Barney Money Funds (Western Asset Fund class A) | B | Int./Div. | K | T | | | | | |
| 29. Citibank- Bank Deposit Program | A | Interest | K | T | | | | | |
| 30. Franklin Fund-small cap growth fund I class | A | Dividend | J | T | | | | | |
| 31. Valic Fixed Account Plus | A | Dividend | J | T | | | | | |
| 32. AIG Valic Mid Cap Fund (Wellington) | | None | K | T | | | | | |
| 33. Valic Small Cap Special Value-Evergreen/Putnam | | None | J | T | | | | | |
| 34. Valic International Small Cap Equity/ AIG | | None | J | T | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 04/23/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 14-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Valic Midcap Strat. GR./Morgan Stanley | | None | J | T | | | | | |
| 36. World Savings(now Wachovia) aggregate | A | Interest | J | T | | | | | |
| 37. Washington Mutual aggregate | D | Interest | K | T | | | | | |
| 38. San Diego County Credit Union aggregate | D | Interest | N | T | | | | | |
| 39. Bank of America aggregate | C | Interest | M | T | | | | | |
| 40. Temecula Valley Bank aggregate | B | Interest | M | T | Open | 03/04/09 | M | | |
| 41. San Diego National Bank- aggregate | B | Interest | N | T | | | | | |
| 42. Saddleback (X) Unified School Bond | A | Dividend | | | Redeemed | 12/22/09 | J | | |
| 43. Dinuba CA Fing Wastewtr Reclamation----- Bond | A | Interest | J | T | | | | | |
| 44. Ontario Cnnty FACS Dist Bond | A | Interest | K | T | | | | | |
| 45. Franklin Templeton Income Fund class A (X) | A | Dividend | J | T | | | J | | |
| 46. American Lithium common stock | | None | | | Buy | 10/08/09 | J | | |
| 47. | | | | | Sold | 11/06/09 | J | A | |
| 48. Caterpillar Equipment Co. common stock | A | Dividend | | | Buy | 03/03/09 | J | | |
| 49. | | | | | Sold | 08/26/09 | J | B | |
| 50 Power of Attorney-- | | | | | | | | | |
| 51. ---USFFCredit Union (aggregate) (X) | D | Int./Div. | J | T | | | | | |

1 Income Gain Codes      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes            J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000                                                  P4 =More than $50,000,000
3 Value Method Codes     Q - Appraisal           R =Cost (Real Estate Only)   S =Assessment              T =Cash Market
(See Column C2)          U =Book Value           V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 04/23/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. ---Chase Manhattan (aggregate) | B | Interest | O | T | Open | 01/07/09 | O | | |
| 53. ---Property 1, Tampa Florida, (115,341) (X) | | | M | S | | | | | |
| 54. ---Property 2, Tampa Florida, (111895)(X) | | | M | S | | | | | |
| 55. ---Property 3, St. Cloud, Florida, (147,488)(X) | | | M | S | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60 | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 04/23/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 04/23/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544